UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
JUN - 9 2017
RECEIVED

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JUN - 9 2017
CLERK

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**JACMAR FOODSERVICE DISTRIBUTION**

Petitioner,

vs.

**NATIONAL LABOR RELATIONS BOARD.**

Respondent.

17-1150

NLRB Case No. 21-CA-193952

ORIGINAL

**PETITION FOR REVIEW OF DECISION AND ORDER OF THE NATIONAL LABOR RELATIONS BOARD**

Petitioner Jacmar Foodservice Distribution hereby petitions this Court for review of the Order and Decision of the National Labor Relations Board in the matter of *Jacmar Foodservice Distribution and Food, Industrial & Beverage Warehouse Drivers and Clerical Employees, Teamsters Local 630, International Brotherhood of Teamsters*, Board Case No. 21-CA-193952, entered on June 6, 2017.

Jacmar petitions for review pursuant to Section 10(f) of the National Labor Relations Act, 29 U.S.C. section 160(f), on the ground that the Board's Order and

Decision should be set aside in its entirety. A copy of the Board's June 6, 2017 Order and Decision is attached.

Respectfully submitted,

Dated: June 9, 2017

Robert K. Carrol (Cal. Bar No. 081277)
Arent Fox LLP
55 Second Street, 21st Floor
San Francisco, CA 94105
(415) 757-5000
*Attorneys for Petitioner Jacmar Foodservice Distribution*

**CLERK** Please mail copies of the above Petition for Review to the following at the address indicated:

Gary Shinners
Executive Secretary
National Labor Relations Board
1015 Half Street NE
Washington, D.C. 20570-0001

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
JUN - 9 2017
RECEIVED

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JUN - 9 2017
CLERK

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**JACMAR FOODSERVICE DISTRIBUTION**

Petitioner,

vs.

**NATIONAL LABOR RELATIONS BOARD.**

Respondent.

17-1150

NLRB Case No. 21-CA-193952

ORIGINAL

**PETITIONER'S RULE 26.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, Petitioner Jacmar Foodservice Distribution ("Jacmar") submits this Corporate Disclosure Statement. Jacmar is privately-held. Its parent corporation is The Jacmar Companies, which also is privately-held. No publicly traded company owns more than a 10 percent interest in Jacmar.

Respectfully submitted,

Dated: June 9, 2017

Robert K. Carrol (Cal. Bar No. 081277)
Arent Fox LLP
55 Second Street, 21st Floor
San Francisco, CA 94105
(415) 757-5000
*Attorneys for Petitioner Jacmar Foodservice Distribution*

## CERTIFICATE OF SERVICE

I, Robert Carrol, hereby certify that on this 9th day of June, 2017, I caused a copy of the foregoing PETITION FOR REVIEW OF DECISION AND ORDER OF THE NATIONAL LABOR RELATIONS BOARD to be filed with the Clerk of the Court and served via hand-delivery and/or U.S. Mail, postage prepaid, upon the following:

| | |
|---|---|
| Renee Sanchez (*Via U.S. Mail*)<br>Wohlner Kaplon Cutler Halford & Rosenfeld<br>16501 Ventura Blvd., Suite 304<br>Encino, CA 91436 | Attorneys for Teamsters Local 630 |

Gary Shinners (*Via Hand-Delivery*)
Executive Secretary
National Labor Relations Board
1015 Half Street SE
Washington, DC 20570

Robert K. Carrol